United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-16178-mdc |
| Mark D Hess | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 50 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark D Hess, 282 Pine Tree Ter, Langhorne, PA 19047-8521 |
| cr | + | BANK OF AMERICA, N.A., 6200 S. Quebec Street, GREENWOOD VILLAGE, CO 80111-4720 |
| cr | + | Bank of America, N.A., 8742 Lucent Blvd, Suite 300, HIGHLANDS RANCH, CO 80129-2386 |
| cr | + | GS Mortgage-Backed Securities Trust 2019-SL1, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Hyundai Motor Finance, Administrator For Hyundai L, P.O. Box 20829, Fountain Valley, CA 92728-0829 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, 14841 DALLAS PARKWAY, SUITE 425, DALLAS, TX 75254-8067 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, ., 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| 13590869 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, Inc. on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes, Barre, PA 18773-9430 |
| 13587430 | + | Aes/pheaa, Pob 61017, Harrisburg, PA 17106-1017 |
| 13632951 | | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13633337 | | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13587432 | + | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 13587433 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 13678092 | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| 14570517 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 13659986 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13604565 | + | Bank of America, N.A., c/o JOSEPH PATRICK SCHALK, Phelan Hallinan, LLP, 1617 JOHN F. KENNEDY BLVD. , SUITE 1400, PHILADELPHIA, PA 19103-1814 |
| 13587434 | #+ | Bk Of Amer, 1800 Tapo Canyon Rd, Simi Valley, CA 93063-6712 |
| 13659231 | | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13848877 | | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13587439 | + | I C System Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 13587440 | | Judith Hess, 282 Pine Tree Ter, Langhorne, PA 19047-8521 |
| 13736868 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne, Pa. 19047-1818 |
| 13668631 | + | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13609084 | | Navient Solutions Inc. on behalf of Educational, Credit Management Corporation, Po Box 16408, St. Paul, MN. 55116-0408 |
| 13602685 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 13587444 | + | Sears/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14366642 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |
| 13587447 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 13587448 | + | U S A Funds, Pob 9460 Mc E2142, Wilkes Barre, PA 18773-9460 |
| 13587449 | + | Unvl/citi, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 13649058 | | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 33

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 138NEW | Total Noticed: 50 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Jan 20 2021 06:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 20 2021 06:52:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 20 2021 06:52:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14059768 | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Jan 20 2021 06:51:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 13587431 | + Email/Text: EBNProcessing@afni.com | Jan 20 2021 06:52:00 | Afni, Inc., Po Box 3427, Bloomington, IL 61702-3427 |
| 13622450 | + Email/Text: bncmail@w-legal.com | Jan 20 2021 06:52:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13587435 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jan 20 2021 07:00:43 | Cap1/boscv, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 13587437 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 20 2021 06:53:00 | Hyundai Capital Americ, 10550 Talbert Ave, Fountain Valley, CA 92708-6032 |
| 13587438 | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 20 2021 06:53:00 | Hyundai Finance, PO Box 660891, Dallas, TX 75266-0891 |
| 13676813 | + Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jan 20 2021 06:53:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13587436 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jan 20 2021 07:00:39 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 13587441 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 20 2021 06:51:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 13587442 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 20 2021 06:52:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 13587443 | + Email/PDF: pa_dc_claims@navient.com | Jan 20 2021 07:00:49 | Navient, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 13645816 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 20 2021 07:02:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13587445 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 06:59:04 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 13587446 | + Email/PDF: gecsedi@recoverycorp.com | Jan 20 2021 06:59:05 | Syncb/jcp, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |

| | | |
|---|---|---|
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | *+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| 13633338 | * | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 14376064 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |
| 14380079 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |
| cr | ##+ | BANK OF AMERICA, N.A., P.O. Box 26012, NC4-105-02-99,, GREENSBORO, NC 27420-6012 |
| 13620115 | ##+ | Bank of America, N.A., Bankruptcy Department, P.O. Box 26012, NC4-105-02-99,, Greensboro, North Carolina 27420-6012 |

TOTAL: 0 Undeliverable, 16 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 21, 2021       Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor BANK OF AMERICA  N.A. jschwartz@mesterschwartz.com |
| MARIO J. HANYON | on behalf of Creditor Bank Of America  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| MICHAEL P. KELLY | on behalf of Debtor Mark D Hess mpkpc@aol.com  r47593@notify.bestcase.com |
| PAUL WILLIAM CRESSMAN | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Hyundai Motor Finance  Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mark D Hess

    Debtor(s)                      Bankruptcy No: 15−16178−mdc

                                           Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑  2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑  3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                         900 Market Street
                               Suite 400
                         Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                           For The Court
                                                           Timothy B. McGrath
                                                           Clerk of Court

Dated: 1/19/21

                                                                                       58 − 56
                                                                        Form 138_new