United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 15-16178-mdc

Mark D Hess                                                                         Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: 212 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID**         **Recipient Name and Address**
db                         Mark D Hess, 282 Pine Tree Ter, Langhorne, PA 19047-8521

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                    Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:**

**Name**                 **Email Address**

ANDREW L. SPIVACK
      on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

JASON BRETT SCHWARTZ
      on behalf of Creditor BANK OF AMERICA  N.A. jschwartz@mesterschwartz.com

MARIO J. HANYON
      on behalf of Creditor Bank Of America  N.A. mario.hanyon@brockandscott.com, wbecf@brockandscott.com

MICHAEL P. KELLY
      on behalf of Debtor Mark D Hess mpkpc@aol.com  r47593@notify.bestcase.com

PAUL WILLIAM CRESSMAN
      on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com

REBECCA ANN SOLARZ
      on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

United States Trustee
      USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
      on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

District/off: 0313-2                        User: admin                              Page 2 of 2
Date Rcvd: Jan 19, 2021                     Form ID: 212                         Total Noticed: 1

WILLIAM C. MILLER, Esq.
                    ecfemails@ph13trustee.com  philaecf@gmail.com

WILLIAM EDWARD CRAIG

                    on behalf of Creditor Hyundai Motor Finance  Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com,
                    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com


TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re:                                                              Chapter: 13

    Mark D Hess

Debtor(s)                                                          Case No: 15−16178−mdc

---

**ORDER**

AND NOW, 1/19/21 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), see 11 U.S.C. §1328(a),

And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

☑ A statement regarding completion of an instructional course concerning
personal financial management, (Official Form B423) or a request for a waiver
from such requirement.

☐ A certification regarding domestic support obligations and Section 522(q),
(Director's Form B2830);

If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.


For The Court

Magdeline D. Coleman

Chief Judge ,United States
Bankruptcy Court