Certificate Number: 02921-PAE-DE-035292721

Bankruptcy Case Number: 15-16178



02921-PAE-DE-035292721

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 20, 2021, at 10:37 o'clock PM EST, Mark Hess completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 22, 2021        By:   /s/Erica Librach

                               Name: Erica Librach

                               Title: counselor