Certificate Number: 02921-PAE-DE-035292721

Bankruptcy Case Number: 15-16178



02921-PAE-DE-035292721

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on January 20, 2021, at 10:37 o'clock PM EST, Mark Hess completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 22, 2021             By:    /s/Erica Librach

                                         Name:   Erica Librach

                                         Title:   counselor