Case 15-16178-mdc    Doc 63    Filed 01/25/21    Entered 01/25/21 11:53:05    Desc Main
Document    Page 1 of 1

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  **MARK HESS** | : | No. 15-16178 |
| | : | |
| debtor | : | Chapter 13 |

<u>Praecipe to Withdraw Docket 61</u>

TO THE CLERK:

Kindly Withdraw Debtor's inaccurate filing docketed at #61 labeled Domestic Obligation Certification.

By:    <u>/S/Michael P. Kelly</u>
      402 Middletown Blvd.
      Suite 202
      Langhorne, Pa. 19047
      215-741-1100
      mpk@cowanandkelly.com