United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 15-16178-mdc

Mark D Hess     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 12, 2021 | Form ID: 3180W | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Mark D Hess, 282 Pine Tree Ter, Langhorne, PA 19047-8521 |
| 13590869 | ++ | ASCENDIUM EDUCATION SOLUTIONS INC, PO BOX 8961, MADISON WI 53708-8961 address filed with court:, Navient Solutions, Inc. on behalf of USA Funds, Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes, Barre, PA 18773-9430 |
| 13659986 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13736868 | + | Michael P Kelly, Esquire, 402 Middletown Blvd., Suite 202, Langhorne, Pa. 19047-1818 |
| 13609084 | | Navient Solutions Inc. on behalf of Educational, Credit Management Corporation, Po Box 16408, St. Paul, MN. 55116-0408 |
| 14366642 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 12 2021 23:32:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Aug 13 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 12 2021 23:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 12 2021 23:32:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14059768 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Aug 12 2021 23:32:00 | GLHEC & Affiliates: GLHEGC, NELA, USAF, PO Box 8961, Madison WI 53708-8961 |
| 13632951 | | EDI: BECKLEE.COM | Aug 13 2021 03:28:00 | American Express Bank, FSB, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13633337 | | EDI: BECKLEE.COM | Aug 13 2021 03:28:00 | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13622450 | + | Email/Text: bncmail@w-legal.com | Aug 12 2021 23:32:00 | CERASTES, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13659231 | | EDI: BL-BECKET.COM | Aug 13 2021 03:28:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 13848877 | | EDI: ECMC.COM | Aug 13 2021 03:28:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 13676813 | + | EDI: HY11.COM | Aug 13 2021 03:33:00 | Hyundai Lease Titling Trust, PO Box 20809, Fountain Valley, CA 92728-0809 |
| 13668631 | + | EDI: MID8.COM | Aug 13 2021 03:28:00 | Midland Credit Management, Inc. as agent for, Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 15-16178-mdc    Doc 65    Filed 08/14/21    Entered 08/15/21 00:33:37    Desc Imaged
Certificate of Notice    Page 2 of 5

| | | | |
|---|---|---|---|
| District/off: 0313-2 | User: admin | | Page 2 of 3 |
| Date Rcvd: Aug 12, 2021 | Form ID: 3180W | | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| 13645816 | EDI: PRA.COM | Aug 13 2021 03:28:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13649058 | EDI: ECAST.COM | Aug 13 2021 03:28:00 | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13633338 | * | American Express Centurion Bank, c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 14380079 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village CO 80111-4720 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 14, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor BANK OF AMERICA  N.A. jschwartz@mesterschwartz.com |
| MARIO J. HANYON | on behalf of Creditor Bank Of America  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL P. KELLY | on behalf of Debtor Mark D Hess mpkpc@aol.com  r47593@notify.bestcase.com |
| PAUL WILLIAM CRESSMAN | on behalf of Creditor Bank Of America  N.A. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Hyundai Motor Finance  Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

District/off: 0313-2     User: admin     Page 3 of 3
Date Rcvd: Aug 12, 2021     Form ID: 3180W     Total Noticed: 19

TOTAL: 10

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Mark D Hess<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4586<br>EIN    _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 15–16178–mdc | |

# Order of Discharge          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mark D Hess

8/12/21

**By the court:** Magdeline D. Coleman
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**