United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Mark D Hess  
    Debtor

Case No. 15-16178-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: May 19, 2022     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Mark D Hess, 282 Pine Tree Ter, Langhorne, PA 19047-8521 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor BANK OF AMERICA N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor BANK OF AMERICA N.A. jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Bank Of America N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL P. KELLY | on behalf of Debtor Mark D Hess mpkpc@aol.com r47593@notify.bestcase.com |
| PAUL WILLIAM CRESSMAN | on behalf of Creditor Bank Of America N.A. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: May 19, 2022 | Form ID: pdf900 | Total Noticed: 1 |

WILLIAM EDWARD CRAIG
                              on behalf of Creditor Hyundai Motor Finance  Administrator For Hyundai Lease Titling Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13

Mark D Hess : Case No. 15-16178-mdc

    Debtor(s)

**ORDER**
_____

AND NOW, this day , May 19, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court